JUDGE ABRAMS              WHEEL A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- -x
                                      :
UNITED STATES OF AMERICA              :   NOTICE OF INTENT TO
                                      :   FILE AN INFORMATION
        - v. -                        :
                                      :
RICHARD WILLIAMS,                     :   18 CRIM 377
                                      :
              Defendant.              :
                                      :
------------------------------------- -x
```

☐ ORIGINAL

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 18, 2018

                              GEOFFREY S. BERMAN
                              United States Attorney

                         By:  _____
                              Timothy V. Capozzi
                              Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                         By:  _____
                              Chris Flood, Esq.
                              Attorney for Richard Williams

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **APR 18 2018**