ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD WILLIAMS,

              Defendant.

**INFORMATION**

18 Cr. ____ ( )

**18 CRIM 377**

**JUDGE ABRAMS**

### COUNT ONE

The United States Attorney Charges:

1. From in or about July 2017, through in or about December 2017, in the Southern District of New York and elsewhere, RICHARD WILLIAMS, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was one kilogram and more of mixtures and substances containing a detectable amount of hashish oil, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18 United States Code, Section 2.)

### FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, RICHARD WILLIAMS, the defendant, shall forfeit to the United States, pursuant to Title 21, United

States Code, Section 853, any and all property constituting and derived from any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

## SUBSTITUTE ASSET PROVISION

4. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*/s/ Geoffrey Berman*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**RICHARD WILLIAMS,**

**Defendant.**

INFORMATION
-----------

18 Cr. _____ (___)

(21 U.S.C. § 841 & 18 U.S.C. § 2.)

GEOFFREY S. BERMAN
United States Attorney