**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2020

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to June 9, 2020 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 15, 2020

Re:   *United States v. Richard Williams*,
      18 Cr. 377 (RA)

Honorable Judge Abrams:

With the consent of the Government, I write on behalf of Mr. Williams to request that the sentencing hearing currently scheduled in the above-captioned matter for May 8, 2020 at 2:30 P.M. be adjourned for at least 30 days to allow for the current coronavirus pandemic to subside.

I have discussed this matter with Assistant United States Attorney Timothy Capozzi who consents on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

/s/
Christopher Flood, Esq.
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8734

Cc:   AUSA Timothy Capozzi