# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 29, 2020

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Richard Williams*, 18 Cr. 377 (RA)

Dear Judge Abrams:

With the consent of the Government, and on behalf of my client Richard Williams, I write to respectfully request an adjournment of the sentencing hearing scheduled in this matter Tuesday, June 9, 2020 for sixty days, at which time the parties hope the sentencing in this matter can proceed, in person.

I have spoken with United States Attorney Timothy Capozzi who consents to this request on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
(212) 417-8734

cc: AUSA Tim Capozzi (by ECF)

Application granted. The sentence is hereby adjourned to August 4, 2020 at 12:00 p.m. SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 1, 2020