# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 28, 2020

By ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The sentence is adjourned to October 9, 2020 at 11:00 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 29, 2020

Re:   *United States v. Richard Williams*
      18 Cr. 377 (RA)

Honorable Dear Judge Abrams:

On behalf of my client Richard Williams and with the consent of the government, I write to respectfully request that the sentencing hearing in this matter be adjourned for approximately two months. The parties are available the week of September 28, 2020 except September 30th and October 1st. The week of October 5, 2020, the parties are available any day that is convenient to the court.

This adjournment is requested to allow the parties to finalize their sentencing submissions.

Assistant United States Attorney Timothy Capozzi consents to this request on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,
/s/
Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

cc:   AUSA Timothy Capozzi, Esq.