# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 16, 2020

*VIA ECF*
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Richard Williams*, 18 Cr. 377 (RA)

Honorable Judge Abrams:

With the consent of the Government, I write on behalf of Mr. Richard Williams, to respectfully request the adjournment of his sentencing, currently scheduled to proceed on Monday, November 23, 2020 at 11:30 A.M., to Tuesday, December 15, 2020 at 12:00 P.M.

I have discussed this request with Assistant United States Attorney Timothy Capozzi, who consents on behalf of the United States.

Thank you for your considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel for Mr. Richard Williams
(212) 417-8734

cc:    Assistant United States Attorney Timothy Capozzi (by ECF)

Application granted.  The sentence is adjourned to December 15, 2020 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D. J.
November 16, 2020