

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Richard Williams*, 18 Cr. 377 (RA)

Dear Judge Abrams:

> Application granted. The sentence is adjourned to January 21, 2021 at 3:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 8, 2020

The Government respectfully submits this letter on behalf of the parties to request an adjournment of the defendant's sentencing, which is currently scheduled for December 15, 2020. The parties request the adjournment to allow additional time for the parties to confer regarding factors that may affect the defendant's sentence, including the appropriate forfeiture amount, as well to enable the possibility of an in-person sentencing proceeding.  The parties respectfully request a sentencing date during the week of January 18, 2020, or a convenient date thereafter. The parties believe that this will be the last adjournment request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

cc:     Christopher A. Flood, Esq.